# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**898**

**CA 10-02480**

PRESENT: SCUDDER, P.J., SMITH, CARNI, LINDLEY, AND MARTOCHE, JJ.

---

PATRICIA IKEDA, PLAINTIFF-APPELLANT-RESPONDENT,

V                                                                    ORDER

DANIELLE M. TEDESCO AND JAMES R. TEDESCO,
DEFENDANTS-RESPONDENTS-APPELLANTS.

---

RALPH W. FUSCO, UTICA, FOR PLAINTIFF-APPELLANT-RESPONDENT.

GOLDBERG SEGALLA LLP, SYRACUSE (LISA M. ROBINSON OF COUNSEL), FOR
DEFENDANTS-RESPONDENTS-APPELLANTS.

---

Appeal and cross appeal from an order of the Supreme Court, Oneida County (Bernadette T. Clark, J.), entered March 9, 2010 in a personal injury action. The order granted in part the motion of defendants for summary judgment.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.

Entered:  September 30, 2011                          Patricia L. Morgan
                                                      Clerk of the Court